UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES R. CATCHINGS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2368** |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the joint motion[1] to dismiss with prejudice is **GRANTED**. All claims of Plaintiff James R. Catchings, Jr. against Defendant Certain Underwriters at Lloyds, London are dismissed with prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 15th day of January, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 21.